UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE



FILED

2020 MAR 17 P 2:51

U.S. DISTRICT COURT
EASTERN DIST. TENN.

_____DEPT CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CASE NO. 3:20cr29 |
| v. | ) |
| | ) JUDGES Jordan/Poplin |
| MICHAEL WAYNE ROBERTS | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that, on or about June 23, 2019, within the Eastern District of Tennessee, the defendant, MICHAEL WAYNE ROBERTS, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, that firearm having been transported in interstate or foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATIONS

1. The allegation contained in Count One of this Indictment is hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in this Indictment, the defendant, MICHAEL WAYNE ROBERTS, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

(a) Glock .40 caliber pistol, Model 27, and ammunition.

3. If any of the properties described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

**SIGNATURE REDACTED**

GRAND JURY FOREPERSON

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

*/s/ Latoyia Carpenter*
LATOYIA T. CARPENTER
Assistant United States Attorney